446 A.2d 678

Commonwealth v. Filer, Appellant.

Petition for Allowance of Appeal Denied Oct. 4, 1982.

Submitted February 3, 1982. Philip Andrew Gasteier, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Order affirmed.

446 A.2d 678

Commonwealth v. Grady, Appellant.

Petition for Allowance of Appeal Denied Sept. 17, 1982.

Argued September 8, 1980. Abraham J. Golden, for appellant; Andrew B. Cohn, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.